Affirmed and Memorandum Opinion filed August 28, 2008








Affirmed
and Memorandum Opinion filed August 28, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00118-CR

____________

 

RAY LANE POWELL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 230th District
Court

Harris County, Texas

Trial Court Cause No.
1149429

 



 

M E M O R A N D U M   O P I N I O N

A jury
convicted appellant of robbery, and on January 30, 2008, appellant was
sentenced to confinement for six years in the Institutional Division of the
Texas Department of Criminal Justice.  Appellant filed a timely notice of
appeal.








Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit.  The brief
meets the requirements of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), by presenting a professional evaluation of the record and
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807, 811-12 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this date, more
than sixty days has elapsed and no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  See Bledsoe v. State, 178 S.W.3d
824, 827-28 (Tex. Crim. App. 2005).  Further, we find no reversible error in
the record.  A discussion of the brief would add nothing to the jurisprudence
of the state.  

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed August
28, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.  

Do Not Publish C Tex. R. App. P.
47.2(b).